IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARK REYES,

    Plaintiff,

v.                                              No. CV 16-884 MCA/KBM

GERMAN FRANCO et al,

    Defendants.

ORDER TO CURE DEFICIENCY

Plaintiff submitted a civil rights complaint. The Court determines that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs is missing the required **certified copy of Plaintiff's inmate account statement** for the 6-month period immediately preceding this filing. *See* 28 U.S.C. § 1915(a)(2). Plaintiff must include the civil action number (CV16-884 MCA/KBM) of this case on all papers that he files in this proceeding. Failure to cure the designated deficiency within thirty (30) days from entry of this Order may result in dismissal of this action without further notice.

IT IS THEREFORE ORDERED that Plaintiff cure the deficiency designated above within thirty (30) days from the date of this Order.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE